**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**COVINGTON**

**CIVIL ACTION NO. 04-73-DLB**

**UNITED STATES OF AMERICA**                                                    **PLAINTIFF**

**VS.**                                     **O R D E R**

**TROY PHILLIPS**                                                              **DEFENDANT**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

This matter is before the Court upon the Report and Recommendation of the United States Magistrate Judge (Doc. # 32) wherein he recommends that Defendant's motion to dismiss the charges listed in the indictment (Doc. # 19) be denied.  The Court having reviewed the detailed Report and Recommendation, there being no objections filed thereto, and the time for filing objections having long passed, and the Court being otherwise sufficiently advised;

**IT IS ORDERED AND ADJUDGED** that the Report and Recommendation of the United States Magistrate Judge (Doc # 32) be, and it is, hereby **adopted** as the opinion of the Court;

**IT IS FURTHER ORDERED AND ADJUDGED** that Defendant's motion to dismiss the charges listed in the indictment (Doc. # 19) be, and is hereby, **denied.**

This _26th_ day of April, 2005.



Signed By:
_David L. Bunning_  DB
United States District Judge